torneys on behalf of these defendants was thereafter filed below. This stipulation waived findings of fact and conclusions of law, providing further that both Williams' "Agree and consent to the entry of Judgment * * *." Judgment was then entered on the stipulation, June 20, 1952. After a petition for civil contempt was filed, attorneys Lochtan and Wolfe reappeared; moved for equitable relief and modification of the decree entered pursuant to the stipulation of substituted counsel.

Relief was rightly denied by the same district judge who entered the basic decree "pursuant to the stipulation of the parties * * *" See: Hot Springs Coal Co. v. Miller, 10 Cir., 1939, 107 F.2d 677.

The judgment of the District Court is affirmed.

SWAIM, Circuit Judge, concurs in the result.

Levy in pro. per.

No appearance for respondent.

DENMAN, Chief Judge, and BONE and POPE, Circuit Judges.

PER CURIAM.

Levy seeks from this court permission to file a motion in the nature of a petition for a writ of mandamus to review an adverse judgment of the district court from which he has the remedy of appeal. The application is denied. Roche v. Evaporated Milk Ass'n, 319 U.S. 21, 30, 63 S.Ct. 938, 87 L.Ed. 1185; Levy v. District Court, Southern District of California, Central Division, order of this court, March 16, 1953.

**A. F. LEVY, Plaintiff and Relator,**

v.

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA at Phoenix, Respondent.**

Misc. No. 408.

United States Court of Appeals. Ninth Circuit.

Jan. 18, 1955.

**AMERICAN SURETY COMPANY OF NEW YORK, Plaintiff-Appellee.**

v.

**John H. C. GAINFORT, Defendant-Appellant.**

No. 150, Docket 23263.

United States Court of Appeals, Second Circuit.

Argued Jan. 14, 1955.

Decided Feb. 1, 1955.